[Crim. No. 1769.   Third Dist.—June 24, 1941.]

THE PEÓPLE, Respondent, v. JOHN A. GORDON, Appellant.

John A. Gordon, *in pro. per.*, for Appellant.

Earl Warren, Attorney General, and J. O. Brown, Deputy Attorney General, for Respondent.

THE COURT.—The appellant was convicted in the Superior Court of Shasta County of the crime of forgery, a felony.

The transcript on appeal was filed in this court May 28, 1941. No brief has been filed in behalf of appellant. The cause was regularly placed on the calendar for oral argument

on June 24, 1941. No appearance was made for appellant at the time the case was called for hearing.

Pursuant to the provisions of section 1253 of the Penal Code the judgment is affirmed.